UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT SCHUMACHER,

    Plaintiff,

v.

ASCENSION PROVIDENCE
ROCHESTER HOSPITAL,

    Defendant.

Case No. 4:20-cv-10497

Hon. Stephanie Dawkins Davis

| BATEY LAW FIRM, PLLC | JACKSON LEWIS P.C. |
|---|---|
| Scott P. Batey (P54711) | Maurice G. Jenkins (P33083) |
| Attorney for Plaintiff | Tiffany A. Buckley-Norwood (P69807) |
| 30200 Telegraph Road, Suite 400 | Daniel C. Waslawski (P78037) |
| Bingham Farms, MI 48025 | Elyse K. Culberson (P82132) |
| (248) 540-6800-telephone | Attorneys for Defendants |
| (248) 540-6814-fax | 2000 Town Center, Suite 1650 |
| sbatey@bateylaw.com | Southfield, MI  48075 |
| | (248) 936-1900 |
| | tiffany.buckley@jacksonlewis.com |
| | daniel.waslawski@jacksonlewis.com |
| | elyse.culberson@jacksonlewis.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs.  Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED:

Dated this  11th  day of December, 2020.

                                              s/Stephanie Dawkins Davis
                                              Honorable Stephanie Dawkins Davis
                                              United States District Judge

**STIPULATED AND AGREED TO THIS  9th  DAY OF DECEMBER 2020 BY:**

| | |
|---|---|
| /s/ Scott P. Batey (w/consent) | /s/ Daniel C. Waslawski |
| Scott P. Batey (P54711) | Maurice G. Jenkins (P33083) |
| Batey Law Firm, PLLC | Tiffany A. Buckley-Norwood (P69807) |
| Attorney for Plaintiff | Daniel C. Waslawski (P78037) |
| 30200 Telegraph Road | Elyse K. Culberson (P82132) |
| Suite 400 | Attorneys for Defendants |
| Bingham Farms, Michigan  48025 | 2000 Town Center, Suite 1650 |
| (248) 540-6800 | Southfield, MI  48075 |
| sbatey@bateylaw.com | (248) 936-1900 |
| | tiffany.buckley@jacksonlewis.com |
| | daniel.waslawski@jacksonlewis.com |
| | elyse.culberson@jacksonlewis.com |

4840-0440-5204, v. 1